```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                                  **Case No. 10-42319 WJL**

**KELLY SUE ALLEN,**                 **Chapter 13**

                **Debtor.**              **MOTION TO MODIFY CHAPTER 13 PLAN**

_____/

    The above-named debtor applies to the court for an order to modify her Chapter 13 Plan as follows:

    Debtor will pay $100.00 for the month of August 2012 to the Trustee. Commencing September 2012 and continuing thereafter Debtor will pay $985.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

    The modification is sought on the following grounds: Debtor was let go from her job on July 31, 2012, but has found a new job which starts on August 27, 2012.

Dated: August 21, 2012

                                                 /s/ Anne Y. Shiau
                                               ANNE Y. SHIAU
                                               Attorney for Debtor